UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
*www.flmb.uscourts.gov*

In re:

WOLFE BROTHERS FACE ART & FX,   )   Case No.: 6:13-bk-12422-KSJ
LLC d/b/a WOLFE FACE ART & FX,  )   Chapter 11
                                )
Debtor.                         )
_____ )

### CHAPTER 11 TRUSTEE'S MOTION FOR AUTHORITY TO COMPENSATE SALARIED EMPLOYEE *NUNC PRO TUNC* (AS TO DOUGLAS DRAKE)

Chapter 11 Trustee, Richard B. Webber, II, ("Trustee"), by and through his undersigned attorney, moves for authority to compensate and fix the salary of **Douglas Drake** (Insider Employee), *nunc pro tunc* and in support thereof states as follows:

1. The involuntary petition of the Debtor, Wolfe Brothers Face Art & FX, LLC, d/b/a Wolfe Face Art & FX ("Debtor") was filed on October 7, 2013 by Douglas Drake, Barbara Powell and Carol Taormina ("Petitioning Creditors") as petitioners.

2. On October 11, 2013, the Court entered an Order Granting Motion to Appoint Chapter 11 Trustee (Doc. No. 7), and subsequently entered the Appointment of Chapter 11 Trustee and Setting of Bond (Doc. No. 9).

**I.    Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §157(b) and 1334. Venue is proper pursuant to 28 U.S.C. § 1408 and § 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      The statutory predicates for the relief requested herein are Sections 105, 363, 1106, and 1108 of the Bankruptcy Code.

### II.     Description of Debtor's Business and Insider Employee's Duties

1.      The Debtor is a wholesaler and distributor of its own line of professional face paint, makeup and novelty line of face painting products as well as a new line of pumpkin décor items, sold to end users, retail stores, and mass-market customers, such as Wal-Mart, Party City, CVS, and other "big box" retailers.

2.      Insider Employee has historically been, and continues to be, employed as the Debtor's President and CEO.  Insider employees general duties as President and CEO include day-to-day management of the business, being the face and main point of communication for customers, and generally operating the business.  Insider employee has been historically paid a salary of $72,000.00 per year, paid twice a month in the amount of $3,000.00 per paycheck.

3.      The Trustee is satisfied that the service of Insider Employee is necessary to continue the operation of the business and the amount of the compensation sought, which is the same compensation paid to Insider Employee pre-petition is not unreasonable.

### III.    Relief Requested

1.      The Trustee seeks authority to continue to pay Insider Employee his normal compensation for his services *nunc pro tunc* to the petition date.  The Insider Employee's work on behalf of the Debtor is vital to the Debtor's chances of a successful reorganization.

WHEREFORE, the Trustee respectfully requests this Court enter an Order authorizing its (1) to pay Insider Employee, **Douglas Drake**, his salary for services rendered since October 7, 2013; (2) to continue to pay Insider Employee, **Douglas Drake**, his compensation described

herein for performing all of his duties and responsibilities on behalf of the Debtor; and (3) and for such relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Authority to Compensate Insider/Officer Employee *Nunc Pro Tunc* was served via CM/ECF and/or by U.S. First Class Mail postage prepaid to all creditors and parties in interest on the attached mailing matrix on October 23, 2013.

> */s/ Sarah Lindquist Pape*
> _____
> Sarah Lindquist Pape, Esquire
> Florida Bar No.:  26398
> ZIMMERMAN, KISER & SUTCLIFFE, P.A.
> 315 E. Robinson Street, Suite 600
> Orlando, FL  32801
> Telephone:  (407) 425-7010
> Facsimile:   (407) 425-2747
> Counsel for Chapter 11 Trustee
> spape@zkslawfirm.com